UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA

-v-

Adondakis

-------------------------------X

# 11 CR 360 (JFK)

Please be advised that the ~~conference~~ (sentence) scheduled for September 12, 2013 has been rescheduled to September 18, 2013 at 10:45 am in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
6-21-13

_____
JOHN F. KEENAN
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-21-13
```