

**MEMO ENDORSED**



U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 13, 2013

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



    Re:   United States v. Sam Adondakis,
          11 Cr. 360 (JFK)

Dear Judge Keenan:

        The sentence in the above-captioned case is currently scheduled for September 18, 2013. The Government hereby informs the Court that the defendant's cooperation is ongoing. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the control date should be adjourned for an additional six months.

                                              Respectfully submitted,

                                              PREET BHARARA
                                              United States Attorney for the
                                              Southern District of New York

                               By:         /s/
                                              Antonia M. Apps
                                              Assistant United States Attorney
                                              (212) 637-2198

cc:     Justine Harris, Esq.

---

*Handwritten endorsement:*

The application is granted. The sentence is adjourned to March 19, 2014 at 11:00 a.m.

So ORDERED.

Dated: New York, New York
September 16, 2013

*/s/ John F. Keenan*
U.S.D.J.