**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2014

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MAR 11 2014

Re: <u>United States</u> v. <u>Sam Adondakis</u>,
11 Cr. 360 (JFK)

Dear Judge Keenan:

The sentence in the above-captioned case is currently scheduled for March 19, 2014. The Government hereby informs the Court that the defendant's cooperation is ongoing. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the control date should be adjourned for three months.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/
Antonia M. Apps
Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-11-14

cc: Justine Harris, Esq. (Counsel for Sam Adondakis)

*Sentence is set for June 25, 2014 at 11:30 AM*
*So ordered  John F. Keenan*
*March 11, 2014  USDJ*