

RECEIVED
JUN 18 2014
JUDGE KEENAN'S CHAMBERS

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 18, 2014

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-19-14
```

    Re:    **United States v. Sam Adondakis,**
           11 Cr. 360 (JFK)

Dear Judge Keenan:

    The sentence in the above-captioned case is currently scheduled for June 25, 2014. The Government hereby informs the Court that the defendant's cooperation is ongoing. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the control date should be adjourned for six months.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

                    By:   / John Zach
                          John T. Zach
                          Assistant United States Attorney
                          Tel: (212) 637-2410

cc: Justine Harris, Esq. (via email)
    Counsel for the Defendant

*[Handwritten: Sentence is adjourned to February 3, 2015 at 11 AM. This is the final adjournment.*
*So ordered June 19, 2014*
*John F. Keenan*
*U.S.D.J.]*