FEB -4 2015



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSE

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-5-15

BY EMAIL
The Honorable John F. Keenan
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

      Re: **United States v. Spyridon Adondakis**
           **11 Cr. 360 (JFK)**

Dear Judge Keenan:

    The Government writes respectfully to request that the sentencing of the above-referenced defendant be adjourned, with his consent, to a control date in approximately six months, as his cooperation with the Government is ongoing.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

              By: /s/ Harry A. Chernoff
                  Harry A. Chernoff
                  Assistant U.S. Attorney
                  (212) 637-2481

cc: Justine Harris, Esq. (via email)
    Counsel to the Defendant

*Sentence is adjourned to July 7, 2015 @ 11:30 A.M.*
*So Ordered John F. Keenan U.S.D.J.*
*February 5, 2015*