```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :

       -v.-  :  **NOLLE PROSEQUI**

SPYRIDON ADONDAKIS,  :  11 Cr. 360 (JFK)
      a/k/a "Sam Adondakis,"
                                                       :
                Defendant.
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       1.      The filing of this *nolle prosequi* will dispose of this case with respect to the defendant Spyridon Adondakis, a/k/a "Sam Adondakis."

       2.      On April 25, 2011, Information 11 Cr. 360 (JFK) was filed, charging defendant Spyridon Adondakis with one count of conspiracy to commit securities fraud in violation of Title 18, United States Code, Section 371; and one count of securities fraud in violation of Title 15, United States Code, Sections 78j(b) & 78ff; Title 17, Code of Federal Regulations, Sections 240.10b-5 and 240.10b5-2, and Title 18, United States Code, Section 2. On that same day, Adondakis pled guilty to the two counts charged against him in the Information. The defendant has not been sentenced.

       3.      Based on legal developments subsequent to the defendant's guilty plea, the Government has concluded that further prosecution of Spyridon Adondakis would not be in the interests of justice.

       4.      In light of the foregoing, we recommend that an order of *nolle prosequi* be

filed as to defendant Spyridon Adondakis with respect to Information 11 Cr. 360 (JFK).

/s/ Harry A. Chernoff

---

HARRY A. CHERNOFF
SARAH EDDY McCALLUM
Assistant United States Attorneys
(212) 637-2481/1033

Dated: New York, New York
       October 22, 2015

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant Spyridon Adondakis with respect to Information 11 Cr. 360 (JFK).

/s/ Preet Bharara

---

PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
       October 22, 2015

SO ORDERED:

HON. JOHN F. KEENAN
United States District Judge
Southern District of New York

Dated: New York, New York
       November 6, 2015